IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Contreras, Rafael | Case Number: 07 B 03651 |
| | Judge: Hollis, Pamela S |
| Printed: 5/6/08 | Filed: 3/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 24, 2008
Confirmed: April 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,995.00 | |
| Secured: | | 128.52 |
| Unsecured: | | 354.75 |
| Priority: | | 0.00 |
| Administrative: | | 2,350.00 |
| Trustee Fee: | | 161.73 |
| Other Funds: | | 0.00 |
| Totals: | 2,995.00 | 2,995.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,350.00 | 2,350.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 995.48 | 0.00 |
| 5. | Washington Mutual | Secured | 12,781.00 | 128.52 |
| 6. | RoundUp Funding LLC | Unsecured | 8,483.28 | 339.11 |
| 7. | Verizon Wireless | Unsecured | 391.31 | 15.64 |
| 8. | American General Finance | Unsecured | | No Claim Filed |
| 9. | Bonlard Loan | Unsecured | | No Claim Filed |
| 10. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 11. | Collection Company Of America | Unsecured | | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 13. | HSBC | Unsecured | | No Claim Filed |
| 14. | Worldwide Asset Management LLC | Unsecured | | No Claim Filed |
| 15. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 16. | Resurgence Financial LLC | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 25,001.07 | $ 2,833.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 161.73 |
| | _____ |
| | $ 161.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Contreras, Rafael

Printed:  5/6/08

Case Number:  07 B 03651
Judge:  Hollis, Pamela S
Filed:  3/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

